UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THOMAS L. MASON, M.D., et al.                                                                    PETITIONERS

v.                                                No. 2:20-MC-00048

JEFFREY D. HAMBY, M.D.                                                                            RESPONDENT

### ORDER

The parties have diligently litigated this matter, but the effect of the COVID-19 pandemic on this Court's operations has delayed its resolution before this point. The Petitioners are engaged in litigation in a case pending in the United States District Court for the Western District of North Carolina. *Thomas L. Mason, M.D., et al., ex rel United States of America v. Mooresville Hospital Management Associates, LLC, et al.*, No. 3:10-cv-000472-KDB-DSC (filed Sept. 23, 2010). They have served a subpoena related to that litigation on Respondent Jeffrey D. Hamby, M.D. requesting production of certain documents related to the North Carolina litigation. Respondent communicated to Petitioners his objection to complying with the subpoena. Because the Western District of Arkansas is the "place of compliance," Petitioners have filed a motion (Doc. 2) in this Court to enforce the subpoena. *See* Fed. R. Civ. P. 37(a)(2). Respondent has filed his response (Doc. 8), stating that his sole objection to complying with the subpoena is that he is bound by a nondisclosure agreement entered into as part of the settlement agreement that ended yet another case, and though Respondent is amenable to compliance with the subpoena, he remains concerned that compliance might violate that nondisclosure agreement and subject him to renewed litigation

The Court has reviewed Respondent's nondisclosure agreement, attached as an exhibit (Doc. 8-1) to his response. The nondisclosure agreement prohibits Respondent from disclosing "the terms and details of [his settlement agreement] or the merits of, facts relating to, or basis for

any of the claims release [by the settlement agreement]." (Doc. 8-1, p. 1). However, Respondent is excused from compliance with his nondisclosure agreement to the extent, and only to the extent, that he is required to disclose information in response to "a lawful subpoena." (Doc. 8-1, p. 2).

Having reviewed the subpoena served as part of the North Carolina litigation, it appears to this Court to be a lawful subpoena, and Respondent is permitted to comply with that subpoena without violating the terms of his nondisclosure agreement. Given that a protective order has been entered in the North Carolina litigation that will protect Respondent's disclosure from further dissemination, the Court sees no need to modify any substantive terms of Respondent's compliance.

IT IS THEREFORE ORDERED that the motion (Doc. 2) to enforce subpoena is GRANTED, and Respondent Jeffrey D. Hamby, M.D. is directed to comply with the subpoena served upon him in the North Carolina litigation.

IT IS SO ORDERED this 26th day of May, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE